ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

Js-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ATOSA CATERING EQUIPMENT, INC., | **CASE NO. 2:17-cv-5222-JFW-AFM** |
| Plaintiff, | **PROPOSED ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| CLEARPOINT INTERNATIONAL EXPRESS, INC.; and DOES 1 through 10, inclusive, | JUDGE: Hon. John F. Walter |
| Defendant. | |
| CLEARPOINT INTERNATIONAL GROUP, LLC d.b.a. CLEARPOINT EXPRESS, | |
| Third-Party Plaintiff, | |
| vs. | |
| K & A EXPRESS, INC., | |
| Third-Party Defendant | |

1

1 | Pursuant to settlement and the stipulation to dismiss filed concurrently herewith, it is hereby ordered that Atosa Catering Equipment Inc.'s complaint be dismissed with prejudice as to defendant Clearpoint International Group, LLC d.b.a. Clearpoint Express erroneously sued herein as Clearpoint International Express, Inc. and the third-party complaint of Clearpoint International Group, LLC d.b.a. Clearpoint Express be dismissed with prejudice as to third-party K & A Express, Inc.

DATED: October 31, 2017

_____
Honorable John F. Walter
United States District Court Judge